PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2006

at __/6__ o'clock and __SS__ min __A__ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  LORI HAYES              Case Number:  CR 01-00492HG-09

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                         Chief U.S. District Judge

Date of Original Sentence:  9/23/2002

Original Offense:    Conspiracy to Commit Money Laundering

Original Sentence:   Sixteen (16) months imprisonment to be followed by three (3) years
                     of supervised release with the following special conditions:  1) That
                     the defendant participate in a substance abuse program, which
                     may include drug testing at the discretion and direction of the
                     Probation Office; 2) That the defendant participate in a mental
                     health program at the discretion and direction of the Probation
                     Office; 3) That the defendant is prohibited from possessing any
                     illegal or dangerous weapons; and 4) That the defendant provide
                     the Probation Office access to any requested financial information.

Modified
Sentence:            On 11/13/2003, the Court granted a modification of the conditions
                     of supervised release by adding the following special condition:

                     5) That the defendant serve up to 6 months of community
                     confinement in a community corrections center such as Miller Hale,
                     as arranged by the Probation Office.  While serving the term of
                     community confinement, the defendant may obtain employment
                     and attend substance abuse treatment and mental health treatment
                     as approved and directed by the Probation Office.

Modified
Sentence:            On 1/6/2004, the Court granted a modification of the conditions
                     of supervised release by adding the following special conditions:

                     6) That the defendant serve up to 180 days of home detention with
                     electronic monitoring as arranged by the Probation Office.  During

Prob 12B
(7/93)

this time, the defendant shall remain at her place of residence during non-working hours and shall not leave her residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

7) That the defendant refrain from the consumption of alcohol while on supervised release.

Type of Supervision: Supervised Release        Date Supervision Commenced: 9/12/2003

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

Mandatory Condition:        *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

## CAUSE

On 5/16/2002, the subject pled guilty to Conspiracy to Commit Money Laundering. On 9/23/2002, she was sentenced to 16 months imprisonment to be followed by 3 years of supervised release.

On 9/12/2003, the subject was released from Miller Hale and began her 3-year term of supervised release. During her term of supervised release, the subject experienced significant personal and family problems. As Your Honor may recall, the Court granted a modification of her conditions of supervised release by adding a special condition ordering the subject to serve up to 6 months of community confinement in a community corrections center on 11/13/2003. In addition, on 1/6/2004, Your Honor granted another modification to the subject's conditions of supervised release by ordering the subject to serve up to 180 days of home confinement and refrain from the consumption of alcohol after she admitted to associating with a convicted felon, using crack cocaine on 12/24/2003, and consuming alcohol on 12/23/2003 and 12/31/2003.

The subject subsequently completed the federal Drug Aftercare Program on 9/15/2004. She recently reported problems with a roommate who alleged that she relapsed. The subject denied the allegation and consented to random drug testing. However, according to the ruling in U.S. v. Stephens, the Court is required to order the

Prob 12B
(7/93)

3

number of random drug tests outside her term of substance abuse treatment.  Given her roommate's allegation and the established relationship between the subject's substance abuse history and criminal activity, it is recommended that the Court amend the mandatory Violent Crimes Control Act drug testing condition as noted above.  The modification of this mandatory condition will provide the Probation Office with the necessary tools to monitor the subject and to protect the community.  The subject's term of supervision expires on 9/11/2006.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waives her right to a hearing and to assistance of counsel.  The subject agrees to the modification of  the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date:  3/29/2006

Prob 12B
(7/93)

4

THE COURT ORDERS:

[X ]  The Modification of Conditions as Noted Above
[  ]  Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____
4·1·06
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]    To modify the conditions of supervision as follows:

Mandatory Condition:        *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

Witness: _____        Signed: _____
                CARTER A. LEE                                          LORI E. HAYES
             U.S. Probation Officer                                 Supervised Releasee

                                        _____
                                                    3/22/06
                                                    Date